## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:18-CV-665-FDW-DCK

| | | |
|---|---|---|
| BARBARA THAXTON and ANGELA MAYES, Individually, and on behalf of themselves and all other similarly situated current and former employees, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BOJANGLES' RESTAURANTS, INC., a Delaware Corporation, and BOJANGLES', INC., a Delaware Corporation, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 103) filed by Christopher Strianese, concerning Nathaniel A. Bishop on December 17, 2018.  Mr. Nathaniel A. Bishop seeks to appear as counsel *pro hac vice* for Plaintiffs.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 103) is **GRANTED.**  Mr. Nathaniel A. Bishop is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: December 17, 2018

David C. Keesler
United States Magistrate Judge