# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-665-FDW-DCK

| | |
|---|---|
| BARBARA THAXTON and ANGELA MAYES, Individually, and on behalf of themselves and all other similarly situated current and former employees,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BOJANGLES' RESTAURANTS, INC., a Delaware Corporation, and BOJANGLES', INC., a Delaware Corporation,<br><br>　　　　Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 104) filed by Christopher Strianese, concerning Robert E. Turner, IV on December 17, 2018. Mr. Robert E. Turner, IV seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 104) is **GRANTED.** Mr. Robert E. Turner, IV is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: December 17, 2018

David C. Keesler
United States Magistrate Judge