# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-665-FDW-DCK

| | |
|---|---|
| BARBARA THAXTON and ANGELA MAYES, Individually, and on behalf of themselves and all other similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>BOJANGLES' RESTAURANTS, INC., a Delaware Corporation, and BOJANGLES', INC., a Delaware Corporation,<br><br>Defendants. | <u>**ORDER**</u> |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 109) filed by Christopher Strianese, concerning Paula R. Jackson on December 18, 2018. Ms. Paula R. Jackson seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 109) is **GRANTED.** Ms. Paula R. Jackson is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: December 18, 2018

David C. Keesler
United States Magistrate Judge