IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-665-FDW-DCK

| | |
|---|---|
| BARBARA THAXTON and ANGELA MAYES, Individually, and on behalf of themselves and all other similarly situated current and former employees,<br><br>    Plaintiffs,<br><br>  v.<br><br>BOJANGLES' RESTAURANTS, INC., a Delaware Corporation, and BOJANGLES', INC., a Delaware Corporation,<br><br>    Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 110) filed by Christopher Strianese, concerning James L. Holt, Jr. on December 18, 2018. Mr. James L. Holt, Jr. seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 110) is **GRANTED.** Mr. James L. Holt, Jr. is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: December 18, 2018

David C. Keesler
United States Magistrate Judge