# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-665-FDW-DCK

| | |
|---|---|
| BARBARA THAXTON and ANGELA MAYES, Individually, and on behalf of themselves and all other similarly situated current and former employees,<br><br>   Plaintiffs,<br><br> v.<br><br>BOJANGLES' RESTAURANTS, INC., a Delaware Corporation, and BOJANGLES', INC., a Delaware Corporation,<br><br>   Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Remove James R. McKoon From Docket" (Document No. 114) filed December 19, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiffs' counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Remove James R. McKoon From Docket" (Document No. 114) is **GRANTED**, and James R. McKoon shall be removed from the docket as Defendants' attorney. Defendants will continue to be represented by Brian L. Church and Charles E. Johnson of Robinson, Bradshaw & Hinson, P.A.

**SO ORDERED**.

Signed: December 19, 2018

David C. Keesler
United States Magistrate Judge