IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-665-FDW-DCK

| | |
|---|---|
| BARBARA THAXTON and ANGELA MAYES, Individually, and on behalf of themselves and all other similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>BOJANGLES' RESTAURANTS, INC., and BOJANGLES', INC.,<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion For Leave To File Surreply Defendants' Motion For Relief For Plaintiffs' Violation Of Court-Supervised Notice Provisions And Opt-In Deadline" (Document No. 153) filed March 29, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

However, Plaintiffs are respectfully reminded for future reference that motions failing to show that the parties have conferred or attempted to confer may be summarily denied. See Local Rule 7.1(b).

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Motion For Leave To File Surreply Defendants' Motion For Relief For Plaintiffs' Violation Of Court-Supervised Notice Provisions And Opt-In Deadline" (Document No. 153) is **GRANTED**.

Signed: May 8, 2019

David C. Keesler
United States Magistrate Judge