# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-00665-FDW-DCK

| | |
|---|---|
| BARBARA THAXTON AND ANGELA D. MAYES, Individually and on behalf of themselves and all other similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>BOJANGLES' RESTAURANTS, INC., a Delaware Corporation, and BOJANGLES', INC., a Delaware Corporation,<br><br>Defendants. | DEFENDANTS' NOTIFICATION OF RECEIPT AND WITHDRAWAL OF REQUEST FOR ATTORNEYS' FEES |

On June 13, 2019, Defendants Bojangles' Restaurants, Inc. and Bojangles' Inc., filed their Motion for Attorneys' Fees Pursuant to May 14, 2019 Order (filed as *Dkt.* 165). The Motion for Attorneys' Fees sought an award of attorneys' fees associated with the filing of their Motion for Relief from Plaintiffs' Violations of Court-Supervised Notice Provisions and Opt-In Deadline (*Dkt.* 147, the "Motion") which this Court granted in part on May 14, 2019 (*Dkt.* 164, the "Order"),

In Paragraph 7 of their Motion for Attorneys' Fees, Defendants acknowledged that they had conferred with Plaintiffs' counsel regarding the request and that Plaintiffs' counsel had agreed to pay the requested amount of fees. On June 19, 2019, Defendants' counsel received payment of the fees. By this filing, Defendants notify the Court that Plaintiffs have tendered the amount of fees sought and that Defendants hereby withdraw the request for fees in their Motion for Attorneys' Fees (*Dkt.* 165).

This 20th day of June, 2019.

                                              s/ Brian L. Church
                                              Charles E. Johnson
N.C. Bar No. 9890
cejohnson@robinsonbradshaw.com
Brian L. Church
N.C. Bar No. 39581
bchurch@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Bryon Street, Suite 1900
Charlotte, NC 28246
Telephone:    704.377.2536
Facsimile:    704.378.4000