UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:18-cv-665-MOC-DCK

| | |
|---|---|
| BARBARA THAXTON and ANGELA MAYES, Individually, and on the behalf of all similarly Situated current and former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>BOJANGLES' RESTAURANTS, INC. and BOJANGLES', INC.,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on its own motion. On October 18, 2019, the Court entered an Order requiring Plaintiffs to supplement the record with evidence demonstrating the reasonableness of attorneys' fees and costs. See (Doc. No. 180). The Court held that the parties' Joint Motion for Settlement Approval of this FLSA Collective Action (Doc. No. 178) would be **HELD IN ABEYANCE** pending Plaintiffs' submission.

Plaintiffs have not yet supplemented the record as ordered by the Court. Therefore, the Court hereby orders that Plaintiffs shall have 30 days in which to supplement the record in accordance with this Court's Order dated October 18, 2019.

**IT IS SO ORDERED.**

Signed: December 20, 2019

Max O. Cogburn Jr.
United States District Judge